```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04579
   SEAN BULLARD
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3145
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 03/15/2007 and was not confirmed.

The case was dismissed without confirmation 07/09/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| CR ENGLAND INC | UNSECURED | 4754.96 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3840.00 | .00 | .00 |
| COMCAST CABLE COMMUNICAT | UNSECURED | NOT FILED | .00 | .00 |
| CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT BLVD | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| SUN CASH | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | 13257.81 | .00 | .00 |
| ALLIANCEONE RECEIVABLES | UNSECURED | 450.00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 377.78 | .00 | .00 |
| LEGAL REMEDIES CHARTERED | DEBTOR ATTY | 1,369.00 | | 200.17 |
| TOM VAUGHN | TRUSTEE | | | 14.83 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 215.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 200.17 |
| TRUSTEE COMPENSATION | | 14.83 |
| DEBTOR REFUND | | .00 |
| TOTALS | 215.00 | 215.00 |

```
                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04579 SEAN BULLARD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE